UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON EARL BARRETT, JR.,

    Plaintiff,

v.

SAN FRANCISCO CITY AND
COUNTY JAIL, et al.,

    Defendants.

Case No. 26-cv-03775-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notice to pay the full filing fee of $405 or perfect his application to proceed in forma pauperis (IFP).  (Dkt. No. 3.)  His IFP application lacks a prison trust account statement showing transactions for the last six months and a Certificate of Funds signed by an authorized officer.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Because this dismissal is without prejudice, plaintiff may move to reopen the action. To reopen, plaintiff must file a motion with the words MOTION TO REOPEN written on the first page.  The motion <u>must</u> be accompanied by (1) full payment for the $405 filing fee, <u>or</u> (2) a prison trust account statement showing transactions for the last six months and a Certificate of Funds signed by an authorized officer.

Plaintiff's motion to proceed IFP is DENIED as insufficient.  (Dkt. No. 2.)  The Clerk shall terminate all pending motions, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:**  June 26 , 2026

RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California